# UNITED STATES DISTRICT COURT
for the

District of __Alaska__

| | |
|---|---|
| United States of America<br>v.<br>Victor Eduardo Mizugay Gallego<br><br>Date of Original Judgment: 11/24/2021<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 3:21-cr-00003-SLG<br><br>USM No: 23470-509<br><br>Michael Marks<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___60___ months **is reduced to** ___48 months___ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___11/24/2021___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3·18·24

Judge's signature

Effective Date: _____
*(if different from order date)*

Sharon L. Gleason, District Judge
*Printed name and title*